IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

Vs                                  CASE NO. 4:12-mj- _21_____ MSH

CHRISTINA M. WALKER

_____

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

VIOLATION NO. 2260144

That on or about August 27, 2011, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, CHRISTINA M. WALKER, did unlawfully drive and was in actual physical control of a motor vehicle while under the influence of alcohol to wit: an alcohol concentration of .08 or more; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

COUNT II

VIOLATION NO. 2260144

That on or about August 27, 2011, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, CHRISTINA M. WALKER, did unlawfully drive and was in actual physical control of a motor vehicle while under the influence of alcohol to the extent that it was less safe for her to drive; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

COUNT III

VIOLATION NO. 2260143

That on or about August 27, 2011, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, CHRISTINA M. WALKER, did unlawfully possess an open alcoholic beverage container in the passenger area of a motor vehicle which was on the roadway or shoulder of a public highway; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-253(b)(1)(B).

MICHAEL J. MOORE
UNITED STATES ATTORNEY

By: JARED V. OLSON
SPECIAL ASSISTANT U.S. ATTORNEY